**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
ARGENTUM RISK PARTNERS LLC,                                 :
                                                            :
                              Plaintiff,                    :   No. 19-CV-1622 (OTW)
                                                            :
              -against-                                     :   ORDER
                                                            :
BRAD SCHAEFFER,                                             :
                                                            :
                              Defendant,                    :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of an *ex parte* email advising the Court of certain health issues that will likely impact the existing case schedule. Parties are directed to meet and confer and submit a revised expert discovery scheduling order by **October 30, 2020**. The Court sends its best to the parties and their attorneys.

**SO ORDERED.**

Dated: October 22, 2020
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge