**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                :

ARGENTUM RISK PARTNERS LLC,     :

                 Plaintiff,    :    No. 19-CV-1622 (OTW)

           -against-    :    **ORDER**

BRAD SCHAEFFER,    :

             Defendant,    :

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

In light of ECF 54, the Court VACATES its order at ECF 53. The parties are directed to

meet and confer and submit a joint letter by January 14, 2021.

The Clerk of Court is respectfully directed to update the docket accordingly.

**SO ORDERED.**

                           _s/ Ona T. Wang_
Dated: January 8, 2021             **Ona T. Wang**
     New York, New York       United States Magistrate Judge