**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
:
ARGENTUM RISK PARTNERS LLC,                :
:
                Plaintiff,    :    No. 19-CV-1622 (OTW)
:
       -against-                :    **ORDER**
:
BRAD SCHAEFFER,                            :
:
                Defendant,    :
:
-----------------------------------------------------------x

       **ONA T. WANG, United States Magistrate Judge:**

       By **October 19, 2022**, the parties shall file a joint status letter informing the Court whether they intend to file any dispositive motions. If any party intends on filing a dispositive motion, both parties shall meet and confer and submit a proposed joint briefing schedule.

       **SO ORDERED.**

                                                                    *s/ Ona T. Wang*

Dated: October 5, 2022                                          **Ona T. Wang**
      New York, New York                        United States Magistrate Judge