**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
ARGENTUM RISK PARTNERS LLC,

                         Plaintiff,              19-CV-1622 (OTW)

            -against-                **ORDER**

BRAD SCHAEFFER,

                         Defendant,

-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties are directed to file by **April 3, 2023,** a joint proposed briefing schedule for the parties' summary judgment motions.

SO ORDERED.

                                                               _s/ Ona T. Wang_

Dated: March 15, 2023                           **Ona T. Wang**
        New York, New York            United States Magistrate Judge