**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                 :

ARGENTUM RISK PARTNERS LLC,     :

                                 :

                 Plaintiff,     :    No. 19-CV-1622 (OTW)

                                 :

             -against-     :    **OPINION & ORDER**

                                 :

BRAD SCHAEFFER, B.P. SCHAEFFER HOLDINGS :
LLC,                                  :

                                 :

               Defendants,   :

-------------------------------------------------------------x

  **ONA T. WANG, United States Magistrate Judge:**

      The Court held oral argument on the parties' motions for summary judgment on March 26, 2024. For the reasons stated on the record at the March 26, 2024 conference, Defendants' motion for summary judgment (ECF 110) is **GRANTED IN PART** and **DENIED IN PART** as follows:

- Defendants' motion for summary judgment is **granted** as to Count VII of Plaintiff's Second Amended Complaint (misappropriation of trade secrets); and as to Count III of Defendants' counterclaims (conversion).

- Defendants' motion for summary judgment is **denied** in all other respects.

      Plaintiff's motion for summary judgment (ECF 113) is **DENIED** in its entirety.

      In accordance with this Opinion & Order, Count VII of Plaintiff's Second Amended Complaint (ECF 66) is hereby **DISMISSED**.

      The parties are further directed to meet and confer about whether further settlement discussions would be productive in light of this opinion. In the alternative, the parties should

prepare for trial on the remaining claims and counterclaims. The parties are directed to file a letter as to their intentions by **Wednesday, May 1, 2024**.

The Clerk of Court is respectfully directed to close ECF Nos. 109, 110, 111, and 113.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated:  March 26, 2024
   New York, New York

**Ona T. Wang**
United States Magistrate Judge