UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
ARGENTUM RISK PARTNERS LLC, :
:
                        Plaintiff, :      No. 19-CV-1622 (OTW)
:
              -against- :      **ORDER**
:
BRAD SCHAEFFER, B.P. SCHAEFFER HOLDINGS :
LLC, :
:
                      Defendants, :
:
---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the parties' joint letter at ECF 129.

The parties are directed to contact the Chambers of Judge Lehrburger by **May 8, 2024** to schedule a settlement conference. The parties are directed to submit a joint status letter by **May 15, 2024** informing the Court of the date of the settlement conference, and indicating their availability for a trial in July or August.

**SO ORDERED.**

                                                            _s/ Ona T. Wang_
Dated:  May 2, 2024                                      **Ona T. Wang**
        New York, New York                 United States Magistrate Judge